UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE, KENTUCKY
*Electronically Filed*

| | |
|---|---|
| **DeMARIO V. MATTHEWS** | |
| Plaintiff, | |
| v. | |
| **TRANSPORT DIVISION, Inc. (TDI),** | |
| and | Civil Action No. 3:16-cv-340-GNS |
| **PRODUCT DISTRIBUTION COMPANY (PDC),** | |
| and | |
| **GENERAL ELECTRIC COMPANY (GE),** | |
| and | |
| **TEAMSTERS LOCAL UNION No. 89,** | |
| and | |
| **U.S. DEPARTMENT OF TRANSPORTATION,** | |
| and | |
| **U.S. DEPARTMENT OF LABOR,** | |
| Defendants. | |

COMES NOW Defendant General Drivers, Warehousemen and Helpers Local Union No. 89 ("Union"), by and through counsel, and files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, stating as follows:

1. The Union is a named Defendant in a civil action commenced in Jefferson County Circuit Court by Summons and Complaint filed May 10, 2016, a copy of which was received by counsel for the Union on or after May 15, 2016.

2. Attached hereto are copies of the Summons and Complaint which constitute all process, pleadings and matters served upon the Union or attempted to be served upon the Union.

3. Plaintiff's civil action may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1331 and 1441 insofar as the action arises under the laws of the United States. The other Defendants named in this action, Transport Division Inc. ("TDI"), Product Distribution Company ("PDC"), General Electric Company ("GE"), United States Department of Transportation ("DOT") and United States Department of Labor ("DOL") have consented to this removal as required by 28 U.S.C. § 1446(b)(2)(A) and (C).

**Grounds for Removal**

4. Removal is proper under 28 U.S.C. § 1441 where Plaintiff's right to relief under state law requires resolution of a substantial question of federal law. *See. e.g. Franchise Tax Bd. of State of Cal. v. Construction Laborers Vacation Trust for Southern California*, 463 U.S. 1, 13 (1983); *Rivet v. Regions Bank of Louisiana*, 522 U.S. 470, 475 (1998).

5. The Plaintiff in this action seeks relief from the Union, a labor organization as defined by 29 U.S.C. § 152(5) for violating the "duty of

fair representation" which arises out of the Union's status as exclusive bargaining agent under § 9(a) of the NLRA. *Vaca v. Sipes*, 386 U.S. 171, 177 (1966); *Kunz v. UFCW, Local 876*, 5 F.3d 1006, 1010 (6th Cir. 1993).

6. The Plaintiff also seeks relief from the employer TDI for a violation of his rights under a collective bargaining agreement. Section 301 of the LMRA governs suits for violations of contracts between an employer and a labor organization and has been read to include suits brought by employees. *See Smith v. Evening News Ass'n,* 371 U.S. 195, 200-201 (1962).

7. As such, the Complaint presents a question of federal law for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

8. Here, the substantive matter in the Plaintiff's Complaint requires the Court to interpret the requirements of the Union to satisfy its "duty of fair representation" under the NLRA. 29 U.S.C. § 159(a).

9. The Complaint also names Defendants DOT and DOL due to their regulatory oversight and administration of the Surface Transportation Assistance Act ("STAA"), which similarly present a question of federal law.

10. In accordance with 28 U.S.C. § 1446(d), the Union shall promptly serve Plaintiff with a copy of this Notice of Removal and shall file a copy of this Notice of Removal with the Clerk of the Jefferson County Circuit Court, State of Kentucky.

WHEREFORE, the Defendant Union, with the consent of the Defendant TDI, Defendant PDC, Defendant GE, Defendant DOT and Defendant DOL, hereby

removes this action from the Jefferson Circuit Court, to the United States District Court for the Western District of Kentucky, and requests that all further proceedings be conducted in this Court.

Respectfully submitted,

/s/David O'Brien Suetholz
David O'Brien Suetholz
KIRCHER SUETHOLZ & ASSOCIATES, PSC
515 Park Avenue
Louisville, KY 40208
Tel: (502) 636-4333
Email: dave@unionsidelawyers.com

Certificate of Service

I HEREBY CERTIFY under the penalties of perjury that on the 3rd day of June, 2016, this Notice of Removal was served by U.S. Mail addressed to the Plaintiff DeMario V. Matthews, 4133 Flint Lock Drive Building D #30, Louisville, KY 40216; Defendant TDI's attorney, Katharine Weber, Jackson Lewis P.C., PNC Center 26th Floor, 201 East Fifth Street, Cincinnati, OH, 45202; Defendant GE's attorney, Ken Rice, GE Appliance Park, AP2-226, Louisville, KY 40225; Defendant PDC's President Tom Morrissey, 3925 Produce Rd., Louisville, KY 40218; Defendants DOL and DOT's counsel, Assistant US Attorney, Jason Snyder, 717 W. Broadway, Louisville, KY, 40202, in addition to electronically filing the foregoing with the clerk of the court using the CM/ECF system, which will send notification of such to said counsel.

/s/ David O'Brien Suetholz

4