No.  **16 C I 0₂ 1 4 9**

**Jefferson Circuit Court
Division No.**

JEFFERSON CIRCUIT COURT
DIVISION TEN (10)
**PLAINTIFF**

**DeMario V. Matthews**

**V.**

## COMPLAINT

**Transport Division, Inc. (TDI)
Product Distribution Company (PDC)
General Electric Company (GE)
Teamsters Local Union No. 89
U.S. Department of Transportation
U.S. Department of Labor**

**DEFENDANT**

- - -        - - -              - - -

## PARTIES

The Plaintiff, DeMario V. Matthews, ("DeMario") is at all

times relevant herein a resident of Louisville, Jefferson County,

Kentucky, employee of TDI/PDC, member of Teamsters Local

Union No. ("Union"). General Electric is a corporation engaged in

commerce in the Commonwealth of Kentucky and involved in

relevant and material business relation(s) with TDI/PDC. The

Union is the legal representative of DeMario as one of it's

members and charged with representing DeMario in connection

1

with "Terms and Conditions of Employment"). U.S. Department of Transportation ("Transportation Department") is a Cabinet Level Entity of the U.S. Federal Government responsible inter alia for regulating certain interstate and intrastate motor vehicle and motor carrier travel and operations on the highway(s) within these United States of America.

The U.S. Department of Labor ("Labor') is a Cabinet level entity responsible, inter alia for regulation and enforcing Whistleblower Authority under The Surface Transportation Assistance Act ("STAA").

## JURISDICTION AND VENUE

The Circuit Court of Louisville, Jefferson County, Kentucky has jurisdiction over matters involving disputes exceeding $4,000.00 and involving Labor/Employer Contracts and related "terms and conditions of employment', including ancillary legal matters. TDI/PDC employed DeMario and is a party to the Collective Bargaining Agreement between TDI and Union. GE has

contract (s) and commercial relations with TDI/PDC. Suit is proper in this Circuit Court of Jefferson County, Kentucky.

1. U.S. Department of Transportation ("Transportation Department') is a Cabinet Level Entity involved responsible inter alia for regulating interstate and intrastate motor vehicle commerce on highways, roads and other land transportable routes. U.S. Department of Labor ("Labor") is a Cabinet Level Entity responsible inter alia for enforcement and regulating of STAA.

## PERTINENT FACTS
### Dismissal and/ or Layoff

1. DeMario was employed by TDI/PDC in 2014 in Louisville, Jefferson County as a Truck Driver and was dismissed or laid off on about December 28, 2015.
2. TDI/PDC violated the Seniority Provisions of the Union's Collective Bargaining Agreement Contract when it dismissed or laid off DeMario.
3. TDI/PDC and GE conspired to dismiss or lay off DeMario in violation of the CBA and National Labor Relations Act (NLRA) and committed Unfair Labor Practices

3

4. Particularly TDI, PDC, GE and Union have violated Wagoner Act ("NLRA") sections, 7, 8, 8(a) (1), 8(a)(2), 8(a) (3) and 8(a)(4).

## **RETALIATION**

5. TDI/PDC and GE harassed and retaliated against DeMario beginning about *June 25, 2014* until his dismissal or layoff as a result of him complaining about violation of rules and regulations promulgated by Transportation Cabinet and Labor when he protested to certain TDI/PDC management official(s) and or agents that he was operating his Motor Vehicle in intrastate and interstate commerce and "doctoring log books" as requested to benefit the TDI/PDC and GE economically and put his safety at risk.

6. The Union has failed to represent DeMario in Good Faith including Arbitrating his grievances in violation of the CBA, NLRA and Complicit behavior with GE.

*Wherefore*, Plaintiff, <u>DeMario V. Matthews</u> prays and follows:

1. TDI/PDC, GE cease and desist from engaging in activity violating the NLRA and Transportation Department.

2. Arbitration of his grievances by the Union

3. Restoration to his position with TDI/PDC with back pay, proper interest and seniority.

4. Damages for exposing misconduct of Transportation Rules and Regulations and STAA

5. A Jury Trial of ALL Issues so Triable

6. ALL other Fair and proper relief.

Respectfully Submitted,

**DeMario V. Matthews**
**4133 Flint Lock Drive Building D #30**
**Louisville, Kentucky 40216**
**502-298-5447**